# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| ADVOCACY TRUST, LLC as ADMINISTRATOR OF THE ESTATE of JAVIS WALKER and DONALD WALKER,<br><br>Plaintiffs,<br><br>v.<br><br>DOLGENCORP, LLC, DOLLAR GENERAL CORPORATION, And DGRE ALBANY, LLC,<br><br>Defendants. | CAFN: 1:19-CV-00141-LAG |

## DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF MATTHEW W. NORMAN, MD

COME NOW, Defendants, and, hereby files Defendants' Motion to Exclude the Testimony of Matthew W. Norman, MD, as Dr. Norman's opinions do not meet the standards set forth in the Fed. R. Evid. 702.

In support of their Motion, Defendants rely upon the deposition testimony of Dr. Matthew Norman; Dr. Matthew Norman's Rule 26 Report; Defendant's Memorandum of Law in Support of its to Exclude the Testimony of Dr. Matthew Norman; all pleadings of record; all documents of record; all matters of record; and

all evidence properly before the Court.

WHEREFORE, Defendants respectfully requests that this Court grant its Motion and exclude the testimony of Dr. Matthew Norman.

This 21st day of May, 2021.

>Respectfully submitted,
>
>SWIFT, CURRIE, MCGHEE & HIERS, LLP
>
>*/s/ Erica L. Morton*
>_____
>Erica L. Morton, Esq.
>Georgia Bar No.: 140869
>Brianna S. Tucker, Esq.
>Georgia Bar No.: 109297
>*Attorneys for Defendants*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1355 Peachtree Street, NE, Suite 300
Atlanta, Georgia 30309-3231
Phone: (404) 888-6146
Fax: (404) 888-6199
Email: erica.morton@swiftcurrie.com
Email: brianna.tucker@swiftcurrie.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| ADVOCACY TRUST, LLC as ADMINISTRATOR OF THE ESTATE of JAVIS WALKER and DONALD WALKER,<br><br>Plaintiffs,<br><br>v.<br><br>DOLGENCORP, LLC, DOLLAR GENERAL CORPORATION, And DGRE ALBANY, LLC,<br><br>Defendants. | CAFN: 1:19-CV-00141-LAG |

## CERTIFICATE OF SERVICE

I certify that on this date I have electronically filed this ***Defendant Dolgencorp, LLC's Motion to Exclude the Testimony of Dr. Matthew Norman*** with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorney(s) of record:

J. L. King, II, Esq.
THE KING FIRM
1603 N. U.S. Hwy 41
P.O. Box 746
Tifton, GA 31793
Email: JL@Kingtriallaw.com.com

Ronnie E. Mabra, Jr., Esq.
THE MABRA FIRM, LLC
197 Fourteenth Street, NW, Suite 200
Atlanta, GA 30318
Email: ronnie@mabrafirm.com

Naveen Ramachandrappa, Esq.
BONDURANT, MIXSON & ELMORE, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, GA 30309
Email: ramachandrappa@bmelaw.com

Jackson "Jad" Dial, Esq.
David "Dave" Dial, Esq.
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
Email: jdial@wwhgd.com
Email: ddial@wwhgd.com

This 21st day of May, 2021.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Erica L. Morton*
_____
Erica L. Morton, Esq.
Georgia Bar No.: 140869
Brianna S. Tucker, Esq.
Georgia Bar No.: 109297
*Attorneys for Defendants*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1355 Peachtree Street, NE, Suite 300
Atlanta, Georgia 30309-3231
Phone: (404) 888-6146
Fax: (404) 888-6199
Email: erica.morton@swiftcurrie.com
Email: brianna.tucker@swiftcurrie.com