# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| **ADVOCACY TRUST, LLC as ADMINISTRATOR OF THE ESTATE of JAVIS WALKER and DONALD WALKER,** : : : : : | |
| **Plaintiffs,** : : | |
| **v.** : : | **CASE NO. 1:19-CV-141(LAG)** |
| **DOLGENCORP, LLC, DOLLAR GENERAL CORPORATION, And DGRE ALBANY, LLC,** : : : : | |
| **Defendants,** : | |

## NOTICE OF SETTLEMENT

Come now Plaintiffs, through counsel, and hereby notify the Court the parties have reached a settlement agreement in this matter. Upon consummation of the terms and conditions of the settlement, counsel will file with the Court a Dismissal with Prejudice of All Claims.

This 25th day of June, 2021.

Respectfully submitted,

**THE KING FIRM,**
**THE MABRA FIRM, LLC &**
**BONDURANT, MIXSON &**
**ELMORE, LLP**

*/s/J.L. King, II*_____
J. L. King, II
Georgia Bar No. 142285
Ronnie E. Mabra, Jr.
Georgia Bar No. 141249
Naveen Ramachandrappa
Georgia Bar No. 422036
Attorneys for Plaintiffs

THE KING FIRM
1603 N. U.S. Hwy. 41
Tifton, GA 31794
P. O. Box 746
Tifton, Georgia 31793
(229) 386-1376 phone
(229) 386-1377 fax
jl@kingtriallaw.com


THE MABRA FIRM, LLC
197 Fourteenth Street, NW
Suite 200
Atlanta, GA 30318
Phone: (404) 344-5255
Fax: (404) 344-5254
ronnie@mabrafirm.com


BONDURANT, MIXON & ELMORE, LLP
1201 W. Peachtree St. NW
Ste. 3900
Atlanta, GA 30309
Phone: (404) 881-4151
Fax: (404) 881-4111
ramachandrappa@bmelaw.com