## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| ADVOCACY TRUST, LLC, as Administrator of the Estate of Javis Walker, et al., | |
| Plaintiff, | Civil Action File No.: |
| v. | 1:19-CV-00141 (LAG) |
| DOLGENCORP, LLC, et al., | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, Advocacy Trust, LLC as Administrator of the Estate of Javis Walker and Donald Walker, and Defendants, Dolgencorp, LLC, Dollar General Corporation, and DRGE Albany, LLC, by and through their respective counsel of record, and jointly submit this Stipulation of Dismissal pursuant to F.R.C.P. 41 (a)(1)(A)(ii). The parties stipulate that all claims are due to be dismissed with prejudice. In connection therewith, each party shall bear its own respective costs, attorney's fees, and expenses.

*(Signatures on following page)*

This 10th day of July, 2021.

Respectfully submitted,

THE KING FIRM

/s/ **J.L. King, II**

J.L. King, II, Esq.
Georgia Bar No.: 142285
*Attorney for Plaintiff*

THE KING FIRM
1603 N. U.S. Hwy 41
P.O. Box 746
Tifton, GA 31793
Phone: 229-386-1376
Email: JL@Kingtriallaw.com.com

THE MABRA FIRM, LLC

/s/ **Ronnie E. Mabra, Jr.**

Ronnie E. Mabra, Jr., Esq.
Georgia Bar No.: 141249
*Attorney for Plaintiff*

THE MABRA FIRM, LLC
197 Fourteenth Street, NW, Suite 200
Atlanta, GA 30318
Phone: 404-344-5255
Email: ronnie@mabrafirm.com

BONDURANT, MIXON & ELMORE, LLP

*/s/ Naveen Ramachandrappa*

_____
Naveen Ramachandrappa, Esq.
Georgia Bar No.: 422036
*Attorney for Plaintiff*

BONDURANT, MIXON & ELMORE, LLP
1201 W. Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Phone: 404-344-5255
Email: ramachandrappa@bmelaw.com

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Erica L. Morton*

_____
Erica L. Morton, Esq.
Georgia Bar No.: 140869
*Attorney for Defendants*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1355 Peachtree Street, NE
Suite 300
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Email: erica.morton@swiftcurrie.com

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Jackson A. Dial*

_____

David A. Dial, Esq.
Georgia Bar No.: 220329
Jackson A. Dial, Esq.
Georgia Bar No.: 155955
*Attorneys for Defendants*

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30318
Phone: 404-876-2700
Email: ddial@wwhgd.com
Email: jdial@wwhgd.com

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| ADVOCACY TRUST, LLC, as Administrator of the Estate of Javis Walker, et al., | |
| Plaintiff, | Civil Action File No.: |
| v. | |
| DOLGENCORP, LLC, et al., | 1:19-CV-00141 (LAG) |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have electronically filed the ***Stipulation of Dismissal with Prejudice*** with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorneys of record:

Erica L. Morton, Esq.
SWIFT, CURRIE, MCGHEE & HIERS, LLP
1355 Peachtree Street, NE
Suite 300
Atlanta, Georgia 30309-3231
Email: erica.morton@swiftcurrie.com

Ronnie E. Mabra, Jr., Esq.
THE MABRA FIRM, LLC
197 Fourteenth Street, NW, Suite 200
Atlanta, GA 30318
Email: ronnie@mabrafirm.com

Naveen Ramachandrappa, Esq.
BONDURANT, MIXSON & ELMORE, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, GA 30309
Email: ramachandrappa@bmelaw.com

Jackson A. Dial, Esq.
David A. Dial, Esq.
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
Email: jdial@wwhgd.com
Email: ddial@wwhgd.com

This _____ day of _____, 2021.

Respectfully submitted,

THE KING FIRM

_____

J.L. King, II, Esq.
Georgia Bar No.: 142285
*Attorney for Plaintiff*

THE KING FIRM
1603 N. U.S. Hwy 41
P.O. Box 746
Tifton, GA 31793
Phone: 229-386-1376
Email: JL@Kingtriallaw.com.com